**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Guillermo J. Santos                                    Case No.: 21-16215-LMI
                                                               Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| 9 | *Wells Fargo Home Mortgage* | 166,681.15 |

Basis for Objection and Recommended Disposition

On or about 07/16/2021, Creditor filed a secured proof of claim in the amount of 166,681.15 and an arrearage in the amount of $3,404.94 for a 3471 NW 173rd Terrace Miami Gardens, FL 33056-4144  Miami-Dade County Parcel Identification Number: 34-2109-009-5050Legal Description: MYRTLE GROVE 1ST ADD PB 57-2 LOT 17 BLK 42 LOT SIZE 75.000 X 110 OR 17183-1427 0496 4 F/A/U 30-2109-00 / Mortgage account ending in xxxxxxxxx2297. Debtor requests the claim be allowed as filed, without any distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  September 13, 2021

Respectfully Submitted:
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Fl. Bar No. 0442161
Telephone: (305) 687-8008
E-Mail: court@bankruptcyclinic.com