UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    CASE NO: 21-16215-LMI
                                                                                          CHAPTER 13
GUILLERMO J. SANTOS aka Guillermo Santos aka
Guillermo J Santos-Nunez aka Guillermo Javier Santos aka
Guillermo Javier Santos Nunez aka Guillermo Santos Nunez
aka Guillermo Javier Santos-Nunez aka Guillermo
Santos-Nunez,

    Debtor
_____/

## WELLS FARGO BANK, N.A.'S PRELIMINARY RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM

Wells Fargo Bank, N.A. ("Secured Creditor"), by and through its undersigned counsel, files this *Preliminary Response to Debtor's Objection to Claim*, and in support thereof states as follows:

1.    The Debtor filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 25, 2021.

2.    Secured Creditor holds a security interest in the Debtor's real property located at 3471NW173 Terr, Miami Gardens, FL 33056 (the "Property"), by virtue of a Mortgage which is recorded in Official Records Book 29663, at Page 1067-1077, of the Public Records of Miami-Dade County, Florida (the "Mortgage"). The Mortgage secures a Note in the amount of $175,655.00 (the "Note").

3.    The Mortgage gives Secured Creditor a first lien on the Property.

4.    Secured Creditor filed Claim No. 9 in this case on July 16, 2021.

5.    The Debtor filed an objection to said Claim (Doc 27).

6.    Secured Creditor has no objection to allowing the claim and receiving no

distribution under the Plan ; however, Secured Creditor requests that arrangements be made for the repayment of the arrearage in the amount of $3,404.94.

7. The Debtor does not dispute the fact that the Proof of Claim is timely filed before the claim bar date. As such, Secured Creditor submits the filing of said claim "shall constitute prima facie evidence of the validity and amount of the claim." Fed. R. Bankr. P. 3001 (f).

8. Secured Creditor is reviewing its records with regard to the substance of the objection and in the interim maintains that its Claim is correct as filed and requests a hearing on the objection.

9. Secured Creditor reserves the right to supplement this response at or prior to the hearing.

10. Secured Creditor seeks its attorneys' fees and costs incurred in responding to Debtor's Objection and attending a hearing thereon.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa Hair

_____
TERESA HAIR, ESQUIRE
Florida Bar No. 0044079

**I HEREBY CERTIFY** that a true copy hereof has been served electronically or via U.S. mail, first-class postage prepaid, to: GUILLERMO J. SANTOS, 3471 NW 173RD TER, MIAMI GARDENS, FL 33056-4144; Robert Sanchez, 355 W 49 St., Hialeah, FL 33012; Nancy K Neidich, POB 279806, Miramar, FL 33027; Office of the US Trustee , 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130, this 24th day of September, 2021.

BROCK & SCOTT, PLLC
Attorney for Secured Creditor
2001 Northwest 64th Street, Suite 130
Fort Lauderdale, FL 33309
Phone: 813-342-2200
Fax: 954-618-6954
Floridabklegal@Brockandscott.com

/s/ Teresa Hair
_____
TERESA HAIR, ESQUIRE
Florida Bar No. 0044079